**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:
LARRY JAMES WALDO, JR.
BREONA WALDO

           CASE NO.: 3:26-bk-02068-BAJ

        Debtors

_____/

**NOTICE OF FILING ADDENDUM TO SCHEDULES E/F AND**
**AND AMENDED SUMMARY OF ASSETS & LIABILITES**

    **PLEASE TAKE NOTICE THAT** the Debtors file the attached Amended Summary of

Assets & Liabilities and Addendum Schedules E/F to add the following creditors to their Chapter

7 case:

| | |
|---|---|
| Baptist Health | Account No.: 7680 |
| P O Box 736048 | Balance: $3,965.77 |
| Dallas, TX 75373-6048 | |
| | |
| Astra Global (Baptist Health) | Account No.: xxxx |
| 421 W. Church Street, Suite 301 | Balance: Unknown |
| Jacksonville, Florida 32202 | |
| | |
| Sezzle, Inc. | Account No.: xxxx |
| 700 Nicollet Mall, Suite 640 | Balance: $269.15 |
| Minneapolis, MN 55402 | |
| | |
| Block, Inc. | Account No.: xxxx |
| 1455 Market Street, Suite 600 | Balance: $ 119.94 |
| San Francisco, CA 94103 | |
| | |
| Santander USA | Account No.: xxxx |
| P O Box 961245 | Balance: $19,729.00 |
| Fort Worth, TX 76161-1245 | |
| | |
| Ability Recovery Services, LLC | Account No.: xxxx |
| (ER Baptist Town Center) | Balance: $1,258.18 |
| 284 Main Street | |
| Dupont, PA 18641 | |

[INTENTIONALLY LEFT BLANK]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing along with an unredacted Section 341

Notice, was furnished to the above creditors and the Chapter 7 Trustee; by CM/ECF filing and/or

U.S. Mail, postage prepaid; this __30th__ day of ~~May~~ June, 2026.

<div style="margin-left:50%">

Law Offices of Mickler & Mickler, LLP

By: _/s/ Bryan K. Mickler_____
    Bryan K. Mickler
Florida Bar No. 091790
Attorney for the Debtor
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822 / (904) 725-0855 FAX
court@planlaw.com

</div>

| | | | |
|---|---|---|---|
| Debtor 1 | **Larry** | **James** | **Waldo, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle District of Florida**

Case number **3:26-bk-02068-BAJ**
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

## Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................... | **$0.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................... | **$58,914.19** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................... | **$58,914.19** |

## Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$55,366.00** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | **$22,500.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$58,488.04** |
| **Your total liabilities** | **$136,354.04** |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................ | **$10,069.29** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.................................................................... | **$10,061.25** |

| Debtor 1 | Larry | James | Waldo, Jr | | Case number *(if known)* **3:26-bk-02068-BAJ** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$12,488.58

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $2,236.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $2,236.00 |

Fill in this information to identify your case:

| Debtor 1 | **Larry** | **James** | **Waldo, Jr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Breona** | | **Waldo** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Middle District of Florida**

Case number **3:26-bk-02068-BAJ**
(if known)

X Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____

Larry James Waldo, Jr, Debtor 1

Date 06/30/2026
MM/ DD/ YYYY

X _____

Breona Waldo, Debtor 2

Date 06/30/2026
MM/ DD/ YYYY