UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

LARRY JAMES WALDO                                    Case No. 3:26-bk-02068-BAJ
BREONA WALDO

                                                     Chapter 7

_____Debtors._____

## TRUSTEE'S NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER YOU MUST FILE A RESPONSE WITH THE CLERK OF COURT AT 300 NORTH HOGAN STREET, SUITE 3-150, JACKSONVILLE, FLORIDA 32202 AND TRUSTEE, EUGENE H. JOHNSON, CHAPTER 7 TRUSTEE, 2771 MONUMENT ROAD, STE. 29-410, JACKSONVILLE, FL 32225 WITHIN 14 DAYS FROM THE DATE OF THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE (3) DAYS IF THIS PAPER WAS SERVED ON ANY PARTY BY U. S. MAIL.

IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER NOTIFY YOU OF A HEARING DATE OR THE COURT WILL CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED IN THIS PAPER WITHOUT A HEARING. IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, AND THE COURT MAY GRANT OR DENY THE RELIEF REQUESTED WITHOUT FURTHER NOTICE OR HEARING.

YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY IF YOU HAVE ONE. IF THE PAPER IS AN OBJECTION TO YOUR CLAIM IN THIS BANKRUPTCY CASE, YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED IF YOU DO NOT TIMELY FILE AND SERVE A RESPONSE.

---

PURSUANT TO 11 U.S.C. § 554, FEDERAL RULES OF BANKRUPTCY PROCEDURE 6007, AND M.D. FLA. L.B.R. 2002-4, NOTICE IS HEREBY GIVEN OF THE TRUSTEE'S INTENTION TO ABANDON THE FOLLOWING DESCRIBED PROPERTY THAT IS BURDENSOME AND HAS NO EQUITY FOR THE BENEFIT OF THE CHAPTER 7 ESTATE:

- 2020 Jeep Cherokee, 80000 miles

- 2020 Chrysler Voyager, 102000 miles

- All firearms and animals.

**CERTIFICATE OF SERVICE**

I hereby certify, pursuant to Local Rule 2002(g) and Federal Rules of Bankruptcy Procedure Rule 2004(h), that on July 22, 2026, a copy was furnished by United States mail, postage prepaid, to all parties listed on the attached matrix and the CM/ECF System provided a copy of the notice of the electronic filing to CM/ECF participants.

/s/ Eugene H. Johnson
Eugene H. Johnson
Florida Bar No.: 0032105
Chapter 7 Trustee
2771 Monument Road, Ste. 29-410
Jacksonville, FL 32225
(904) 652-2400

Label Matrix for local noticing
113A-3
Case 3:26-bk-02068-BAJ
Middle District of Florida
Jacksonville
Wed Jul 22 11:52:29 EDT 2026

Ability Recovery Servi
PO Box 4031
Wyoming, PA 18644-0031

Ability Recovery Services, LLC
(ER Baptist Town Center)
284 Main Street
Dupont, PA 18641-1960

Advance America
322 Rhett St
Greenville, SC 29601-2532

Affirm Inc
30 Isabella St  4th Floor
Pittsburgh, PA 15212-5862

Ally Financial
P.O. Box 380902
Minneapolis, MN 55438-0902

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Anthony Laury
266 Baisden Rd
Jacksonville, FL 32218-4108

Astra Global (Baptist Health)
421 W. Church Street, Suite 301
Jacksonville, Florida 32202-4140

Baptist Health
P O Box 736048
Dallas, TX 75373-6048

Block, Inc.
1455 Market Street, Suite 600
San Francisco, CA 94103-1332

CASCADE CAPITAL FUNDING, LLC
5341 Old Redwood Hwy Suite 220
Petaluma, CA 94954-7127

Capital One
1680 Capital One Drive
Mc Lean, VA 22102-3407

(p)TOTAL LOAN SERVICES  LLC
ATTN JOHN LANGENDERFER
205 SUGAR CAMP CIRCLE
DAYTON OH 45409-1970

Clarke, Sharil Ann-Marie
10751 Deerwood Park Blvd Ste 100
Jacksonville, FL 32256-4835

Comenitybank/Victoria
PO Box 182789
Columbus, OH 43218-2789

Dept of Ed/Aidvantage
1600 Tyson Boulevard, St
McLean, VA 75403

Discover Card
PO Box 30939
Salt Lake City, UT 84130-0939

Duval County Tax Collector
Kelly Papa, Assistant General Counsel
117 West Duval Street, Suite 480
Jacksonville FL 32202-5721

Elite Portfolio Management
2200 N Frazier St,
Conroe, TX 77303-1979

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

Gm Financial
PO Box 181145
Arlington, TX 76096-1145

(p)GRAND CANYON UNIVERSITY
ATTN ATTN OFC OF GENERAL COUNSEL
PO BOX 11097
PHOENIX AZ 85061-1097

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Jefferson Capital Ll
200 14th Avenue East
Sartell, MN 56377-4500

Jefferson Capital Syst
200 14th Ave E
Sartell, MN 56377-4500

Lvnv Funding Llc
PO Box 1269
Greenville, SC 29602-1269

Midland Credit Managem
320 E Big Beaver Rd Ste
Troy, MI 48083-1238

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

National Debt Holdings
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301-2218

| | | |
|---|---|---|
| Navy Federal Cr Union<br>820 Follin Ln Se<br>Vienna, VA 22180-4907 | (p)PAYLEASE LLC<br>ATTN PAYLEASE LLC<br>9330 SCRANTON RD SUITE 450<br>SAN DIEGO CA 92121-7709 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Rentrecoverysolutions<br>1945 the Exchange Se Ste<br>Atlanta, GA 30339-2057 | Santander USA<br>P O Box 961245<br>Fort Worth, TX 76161-0244 | (p)SEZZLE INC<br>BANKRUPTCY DEPARTMENT<br>700 NICOLLET MALL<br>STE 640<br>MINNEAPOLIS MN 55402-2050 |
| Syncb/Paypal<br>PO Box 71746<br>Philadelphia, PA 19176-1746 | (p)SUNBIT INC<br>ATTN LEGAL AND COMPLIANCE<br>PO BOX 24010<br>LOS ANGELES CA 90024-0010 | Td Auto Finance<br>PO Box 71466<br>Philadelphia, PA 19176-1466 |
| United States Trustee - JAX 13/7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Varo Bank Na<br>77 Geary Street. Suite 515<br>San Francisco, CA 94108-5723 | (p)VARO BANK N A<br>PO BOX 108<br>DRAPER UT 84020-0108 |
| (p)VYSTAR CREDIT UNION<br>PO BOX 45085<br>JACKSONVILLE FL 32232-5085 | Vystar Credit Union<br>76 S. Laura St 32202-3433 | We Florida Financial<br>634 Ne 3rd Ave<br>Fort Lauderdale, FL 33304-2618 |
| Breona Waldo<br>14703 Macadamia Lane<br>Jacksonville, FL 32218-1985 | Bryan K. Mickler<br>Mickler & Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6860 | Eugene H. Johnson<br>2771 Monument Road<br>Ste 29-410<br>Jacksonville, FL 32225-5549 |
| Larry James Waldo Jr<br>14703 Macadamia Lane<br>Jacksonville, FL 32218-1985 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect Inc.<br>PO Box 1566<br>Manitowoc, WI 54221 | Ccbank/Tls/Af247<br>3280 N University Ave<br>Provo, UT 84604 | Grand Canyon Universit<br>3300 W Camelback Rd<br>Phoenix, AZ 85017 |
| Internal Revenue Service<br>Attn: Bankruptcy<br>400 W. Bay Street<br>Jacksonville, FL 32202 | Paylease<br>9330 Scranton Road<br>San Diego, CA 92121 | Sezzle, Inc.<br>700 Nicollet Mall, Suite 640<br>Minneapolis, MN 55402 |

Tab/Sunbit
10940 Wilshire Blvd
Los Angeles, CA 90024

Varo Bank, N.A.
222 Kearny St Fl 9
San Francisco, CA 94108

Vystar
Post Office Box 45085
Jacksonville, FL 32232

End of Label Matrix
Mailable recipients    48
Bypassed recipients     0
Total                  48