# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 3:26-bk-02068-BAJ
**Case Name:** Larry James Waldo, Jr
Breona Waldo

**For Period Ending:** 06/30/2026

**Trustee Name:** (291330) Eugene H. Johnson
**Date Filed (f) or Converted (c):** 05/07/2026 (f)
**§ 341(a) Meeting Date:** 06/23/2026
**Claims Bar Date:** 10/01/2026

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2020 Jeep Cherokee, 80000 miles | 30,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2020 Chrysler Voyager, 102000 miles | 13,999.00 | 0.00 | OA | 0.00 | FA |
| 3 | Household goods and furnishings: See Attached. | 4,250.00 | 2,100.00 | | 0.00 | FA |
| 4 | TVs, ipad/Tablets, Computer | 900.00 | 0.00 | | 0.00 | FA |
| 5 | Husbands Clothes Wife's Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding Bands | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account: Chase Bank Account Number: 6655 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Checking account: Varo Account Number: 2525 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Checking account: Wells Fargo Account Number: 7113 | 560.19 | 0.00 | | 0.00 | FA |
| 10 | Savings account: Varo Savings Account Number: 2699 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Savings account: Wells Fargo Account Number: 6627 | 5.00 | 0.00 | | 0.00 | FA |
| 12 | 401(k) or similar plan: 401k Fidelity | 200.00 | 0.00 | | 0.00 | FA |
| 13 | 401(k) or similar plan: 401K Human Interest | 7,000.00 | 0.00 | | 0.00 | FA |
| 14 | Term Life through Employer: Husband | 0.00 | 0.00 | | 0.00 | FA |
| 15* | Discrimination Claim against Lightopia, LLC (u) (See Footnote) | 0.00 | Unknown | | 0.00 | Unknown |
| **15** | **Assets** **Totals** (Excluding unknown values) | **$58,914.19** | **$2,100.00** | | **$0.00** | **$0.00** |

RE PROP# 15 Discovered at 341 MOC. Waldo v. Lightopia, LLC - Case No. 26-01393 (US Dist., JAX Div)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 3:26-bk-02068-BAJ
**Case Name:** Larry James Waldo, Jr
Breona Waldo
**For Period Ending:** 06/30/2026

**Trustee Name:** (291330) Eugene H. Johnson
**Date Filed (f) or Converted (c):** 05/07/2026 (f)
**§ 341(a) Meeting Date:** 06/23/2026
**Claims Bar Date:** 10/01/2026

**Major Activities Affecting Case Closing:**

6.23.26 - Conduct 341.
6.24.26 - Email to atty on discrimination claim.
6.29.26 - Telecon. with propsed special counsel and send Application.
7.1.26 - Email with proposed special counsel re: Declaration.
7.9.26 - Email with proposed special counsel re: Declaration.
7.22.26 - Email with proposed special counsel re: Declaration. Abandonment (Doc. 13)

**Initial Projected Date Of Final Report (TFR):** 06/29/2028

**Current Projected Date Of Final Report (TFR):** 06/29/2028

07/27/2026
Date

/s/Eugene H. Johnson
Eugene H. Johnson